

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 17, 2022

**BY EMAIL**
The Honorable Naomi Reice Buchwald
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *United States v. Michael Amaya, a/k/a "Miz,"* 22 Cr. 10 (NRB)

Dear Judge Buchwald:

The Government writes in advance of the initial pretrial conference in the above-captioned case, which we understand will be scheduled for a date in February 2022, to respectfully request that time be excluded pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), until the initial pretrial conference.

As background, on December 21, 2021, the defendant was arrested on a Complaint charging him with two counts of narcotics trafficking, in violation of 21 U.S.C §§ 841(b)(1)(B) and (b)(1)(C). The Defendant was presented before Magistrate Judge Katharine H. Parker later that day, at which time he was detained. On January 5, 2022, a Grand Jury in this District returned an Indictment, bringing the same charges as the Complaint, against the defendant. Further to discussions with Chambers and defense counsel, we have requested that the defendant's arraignment before the on-duty Magistrate Judge be scheduled for the week of January 24, 2022, and understand that the initial pretrial conference will be scheduled before the Court in February 2022.

In advance of the upcoming initial pretrial conference before Your Honor, the Government writes to respectfully request that the time until the initial pretrial conference be excluded to allow the parties time to produce and review discovery and to engage in discussions regarding a potential pretrial resolution of this matter. The Government respectfully submits that the proposed exclusion would be in the interest of justice. Defense counsel has consented to this request.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By:   /s/
David J. Robles / Kaylan E. Lasky
Assistant United States Attorneys
(212) 637-2550 / 2315

*[Handwritten annotation:]* For the reasons stated in this letter and with the defendant's consent, Speedy Trial time is excluded until February 25, 2022. So Ordered. Naomi Reice Buchwald USDJ 1/18/22